UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREER LORRAINE DENNIS and SCOTT FEIGELES, <br><br> Plaintiffs, <br><br> v. <br><br> PHARMERICA CORPORATION, SINA DRUG CORP. d/b/a ONCOMED and FRANK SCIMECA, as an individual and in his official capacity, <br><br> Defendants. | Case No. 1:15-cv-05966 (LDW) |

PLEASE TAKE NOTICE that I, Shane W. Blackstone, hereby respectfully enter my appearance for Defendants Pharmerica Corporation, Sina Drug Corp. and Frank Scimeca in the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

I certify that I am admitted to practice *pro hac vice* in this Court.

Dated:  December 4, 2015
        Chicago, Illinois

Respectfully submitted,

/s/ Shane W. Blackstone
Shane W. Blackstone

Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-3754
sblackstone@winston.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that a true and correct copy of the foregoing NOTICE OF APPEARANCE was served on December 4, 2015 upon all counsel of record by filing it on that day by means of the U.S. District Court for the Eastern District of New York's Case Management/Electronic Case Filing (CM/ECF) system.

Dated: Chicago, Illinois
December 4, 2015

/s/ Shane W. Blackstone
Shane W. Blackstone