UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GREER LORRAINE DENNIS and SCOTT FEIGELES,

    Plaintiffs,

  -against-

PHARMERICA CORPORATION, SINA DRUG CORP. d/b/a ONCOMED and FRANK SCIMECA, as an individual and in his official capacity,

    Defendants.

1:15-cv-05966 (LDW)

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PHARMERICA CORPORATION**

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for defendant PharMerica Corporation certifies that PharMerica Corporation is a publicly held corporation and has no parent corporation. No publicly held corporations own 10% or more of PharMerica Corporation's stock.

Dated:  December 11, 2015

        **WINSTON & STRAWN LLP**

        By:    s/ Shane W. Blackstone
            Shane W. Blackstone (admitted pro hac vice)
            WINSTON & STRAWN LLP
            35 W. Wacker Drive
            Chicago, Illinois 60601
            (312) 558-3754
            sblackstone@winston.com

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2015, the foregoing Corporate Disclosure Statement of Defendant Pharmerica Corporation was served by electronic filing upon the following:

Roman Avshalumov
Helen F. Dalton & Associates, PC
69-12 Austin Street
Forest Hills, NY 11375
Ph: 718.263.9591
Fax: 718.263.9598

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                            s/ Shane W. Blackstone
                                                             Shane W. Blackstone

Dated: December 11, 2015