UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREER LORRAINE DENNIS and SCOTT FEIGELES,<br><br>      Plaintiffs,<br><br>  -against-<br><br>PHARMERICA CORPORATION, SINA DRUG CORP. d/b/a ONCOMED and FRANK SCIMECA, as an individual and in his official capacity,<br><br>      Defendants. | 1:15-cv-05966 (LDW)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SINA DRUG LLC CORPORATION** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Sina Drug LLC[1] certifies that Sina Drug LLC is a limited liability company and no publicly held corporations own 10% or more of Sina Drug LLC's stock.  OncoMed Specialty, LLC is the parent company for Sina Drug LLC; PharMerica Corporation is a publicly held company that owns more than 10% of OncoMed Specialty, LLC.

Dated: December 11, 2015                               **WINSTON & STRAWN LLP**

                                                                   By: _s/ Shane W. Blackstone_____
                                                                   Shane W. Blackstone (admitted pro hac vice)
                                                                   WINSTON & STRAWN LLP
                                                                   35 W. Wacker Drive
                                                                   Chicago, Illinois 60601
                                                                   (312) 558-3754
                                                                   sblackstone@winston.com

                                                                   *Attorneys for Defendants*

---

[1] Sina Drug LLC" is erroneously identified in the Complaint as "Sina Drug Corp.".

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2015, the foregoing Corporate Disclosure Statement of Defendant Sina Drug LLC was served by electronic filing upon the following:

Roman Avshalumov
Helen F. Dalton & Associates, PC
69-12 Austin Street
Forest Hills, NY 11375
Ph: 718.263.9591
Fax: 718.263.9598

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                         s/ Shane W. Blackstone
                                                           Shane W. Blackstone

Dated:  December 11, 2015