# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| GREER LORRAINE DENNIS and SCOTT FEIGELES, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:15-cv-05966 (LDW) |
| v. | ) ) ) | |
| PHARMERICA CORPORATION, SINA DRUG CORP. d/b/a ONCOMED and FRANK SCIMECA, as an individual and in his official capacity, | ) ) ) ) | |
| Defendants. | ) ) | |

PLEASE TAKE NOTICE that I, Brian Aubrey Smith, hereby respectfully enter my appearance for Defendants Pharmerica Corporation, Sina Drug Corp. and Frank Scimeca in the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

I certify that I am admitted to practice *pro hac vice* in this Court.

Dated:  December 22, 2015
        New York, New York

Respectfully submitted,

/s/ Brian Aubrey Smith
Brian Aubrey Smith

Winston & Strawn LLP
200 Park Avenue
New York, New York 10166
(212) 294-4758
basmith@winston.com

2

## CERTIFICATE OF SERVICE

      I hereby certify under penalty of perjury that a true and correct copy of the foregoing NOTICE OF APPEARANCE was served on December 22, 2015 upon all counsel of record by filing it on that day by means of the U.S. District Court for the Eastern District of New York's Case Management/Electronic Case Filing (CM/ECF) system.

Dated:   New York, New York
           December 22, 2015

                                            /s/ Brian Aubrey Smith
                                              Brian Aubrey Smith