Helen F. Dalton & Associates, P.C.
Puja Sharma (PS5933)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: (718) 263-9591

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GREER LORRAINE DENNIS and SCOTT FEIGELES,

              Plaintiffs,

    -against-

PHARMERICA CORPORATION, SINA DRUG CORP.
d/b/a ONCOMED and FRANK SCIMECA, as an individual
and in his official capacity,

              Defendants.
------------------------------------------------------------------X

15-CV-5966 (LDW)(GRB)

Notice of Appearance

**PLEASE TAKE NOTICE** that HELEN F. DALTON & ASSOCIATES, P.C., attorneys for Plaintiffs herein, add the undersigned as co-counsel of record for Plaintiffs in this matter:

Puja Sharma (PS5933) – pujasharma517@gmail.com
Helen F. Dalton & Associates, P.C.
*Attorneys for Plaintiffs*
69-12 Austin Street
Forest Hills, NY 11375
(718) 263-9591

Dated: Forest Hills, NY
       January 18, 2016

_____
Puja Sharma (PS 5933)
Helen F. Dalton & Associates, P.C.
Attorneys for Plaintiffs
69-12 Austin Street
Forest Hills, NY 11375
(718) 263-9591