| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: GARY R. BROWN<br>U.S. MAGISTRATE JUDGE | DATE: 1/19/2016<br>TIME:   11:30 |

CASE: **CV15-5966 (LDW) (GRB)  DENNIS v, PHARMERICA CORPORATION, et al.**

TYPE OF CONFERENCE:   INITIAL

APPEARANCES:        Plaintiff :  Puja Sharma

                                    Defendant :  Shane Blackstone

**THE FOLLOWING RULINGS WERE MADE:**

- ☒  Scheduling Order entered.
- ☐  Settlement conference scheduled for  _Click here to enter a date._ in courtroom 840 of the Long Island Courthouse.  Counsel shall comply with the undersigned's individual rules on settlement.
- ☐  Proposed settlement pending:  By Click here to enter a date.__, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5705 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.
- ☐  The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.
- ☐  Other:

                                                                                            SO ORDERED

                                                                                             /s/ Gary R. Brown
                                                                                            GARY R. BROWN
                                                                                            United States Magistrate Judge