UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GREER LORRAINE DENNIS and SCOTT FEIGELES,

        Plaintiffs,

-against-

PHARMERICA CORPORATION, SINA DRUG CORP. d/b/a ONCOMED and FRANK SCIMECA, as an individual and in his official capacity,

        Defendants.

1:15-cv-05966

**STIPULATION AND ORDER OF DISMISSAL**

---

It is hereby stipulated and agreed, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between the attorneys for all Plaintiffs and attorneys for all Defendants that:

(1) Pharmerica Corporation Only is hereby dismissed from this action without prejudice; and

(2) The "Third Cause of Action" asserted in the Complaint in the captioned matter, alleging discrimination under the New York City Human Rights Law, New York City Adm. Code §§8-101, *et seq.*, is hereby withdrawn, discontinued and dismissed with prejudice.

The parties stipulate and agree that no costs shall be awarded to any party as against any other party as a result of the foregoing dismissals.

Dated: February 23, 2016

For Defendants:

By: _____
Shane W. Blackstone
Winston & Strawn LLP

For the Plaintiffs:

By: _____
Roman Avshulamov
Puja Sharma

1

35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-3754
sblackstone@winston.com

Helen E. Dalton & Associates
69-12 Austin Street
Forest Hills, NY 11241
Telephone: (718) 263-9591
pujasharma517@gmail.com

SO ORDERED this _____ day of February, 2016

_____
THE HONORABLE LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE